Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summer town, TN 38483
Telephone: (931) 964-3123
Fax: (931) 964-3127
Attorneys for Plaintiff

FILED'06 NOV 17 13:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JANUS WILHELM, o/b/o
CL, a minor

      Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

      Defendant.

CV 05-653-AS PK

ORDER FOR ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $3,551.00 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff in care of Plaintiff's attorney . No costs are awarded to either party..

It is so ordered:

DATED 11·17·06

*[signature]*
United States Magistrate Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff